SEALED 

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> V. <br> VICTOR LNU, <br> Defendant. | NO. 1:13 MJ 00135 - GSA <br><br> ORDER SEALING COMPLAINT AND AFFIDAVIT IN SUPPORT THEREOF |

The United States having applied to this Court, for a complaint in the above-captioned proceedings,

IT IS SO ORDERED, that the search warrants and affidavit in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

DATED: 7/2/13

Honorable Gary S. Austin
U.S. Magistrate Judge

1